**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 04-cv-2578-REB-MJW

EDWIN ROSA, and
JANET DESARDEN on behalf of themselves and on behalf of the other similarly situated, former employees of Defendants,

    Plaintiffs,

v.

ROCKY MOUNTAIN GROWERS, LLC,
CHERRY CREEK SYSTEMS, INC.,
SUNBLEST FARMS, LLC, and
SUNBLEST MANAGEMENT, LLC,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

    On November 8, 2005, the parties filed **Stipulation for Dismissal Without Prejudice** [#28].  After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and that this action should be dismissed without prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1.  That the **Stipulation for Dismissal Without Prejudice** [#28], filed on November 8, 2005, is **APPROVED**;

    2.  That this action is **DISMISSED WITHOUT PREJUDICE**; with the parties to pay their own attorney fees and costs;

3.  That the Trial Preparation Conference set for February 3, 2006, is **VACATED**; and

4.  That the jury trial set to commence February 20, 2006, is **VACATED**.

Dated November 8, 2005, at Denver, Colorado.

BY THE COURT:

s/ Robert E. Blackburn
Robert E. Blackburn
United States District Judge